Brian D. Whelan, Esq.  (SBN 256534)
WHELAN LAW GROUP, A Professional Corporation
1827 East Fir Avenue, Suite 110
Fresno, California   93720
Telephone: (559) 437-1079
Facsimile:  (559) 437-1720
E-mail: brian@whelanlawgroup.com

Attorneys for: Defendant BENJAMIN PAUL MEREDITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN G. NUNES,<br><br>           Plaintiff,<br><br>      v.<br><br>BENJAMIN PAUL MEREDITH,<br>TWITTER, INC., and DOES 1 to 100,<br>Inclusive,<br><br>           Defendants. | Case No. 1:21-at-00047<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

I am employed in the County of Fresno, State of California.  I am over the age of 18 years and not a party to this action.  My business address is:  Whelan Law Group, A Professional Corporation, 1827 East Fir Avenue, Suite 110, Fresno, California 93720.  On January 20, 2021, I caused to be served the within document(s): **NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT**

(X)   **BY MAIL:**  by placing the envelope, addressed to addresses below, for collection and mailing on the date following our ordinary business practices.  I am readily familiar with this business' practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully paid.

(X)   **BY ELECTRONIC SERVICE:**  by causing document(s) listed above to be electronically mailed to the e-mail addresses listed below.

1

# EXHIBIT "A"

Brian D. Whelan, Esq. (SBN 256534)
WHELAN LAW GROUP, A Professional Corporation
1827 East Fir Avenue, Suite 110
Fresno, California  93720
Telephone: (559) 437-1079
Facsimile:  (559) 437-1720
E-mail: brian@whelanlawgroup.com

Attorneys for: Defendant BENJAMIN PAUL MEREDITH

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF TULARE

| | |
|---|---|
| DEVIN G. NUNES,<br><br>            Plaintiff,<br><br>    v.<br><br>BENJAMIN PAUL MEREDITH,<br>TWITTER, INC., and DOES 1 to 100,<br>Inclusive,<br><br>            Defendants. | Case No. VCU284528<br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT**<br><br>Complaint Filed:  October 5, 2020<br>Trial Date:          Not Set |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for the Eastern District of California on January 20, 2021.

A copy of the Notice of Removal in support thereof is attached to this Notice and is served and filed herewith as Exhibit "1." (**Please note**: The exhibits referenced in the Notice of Removal are not supplied as part of Exhibit "1" as those documents are already in the State Court's files, and the omission of the hundreds of extra pages was done to avoid duplications and waste for the State Court and the parties.)

Dated: January 20, 2021

WHELAN LAW GROUP,
A Professional Corporation

_____
By Brian D. Whelan,
Attorneys for Defendant BENJAMIN PAUL MEREDITH

1

Whelan Law Group,
A Professional Corporation
1827 East Fir Avenue, Suite 110
Fresno, California 93720
Tel: 559-437-1079
Fax: 559-437-1720

EXHIBIT "1"

Brian D. Whelan, Esq. (SBN 256534)
WHELAN LAW GROUP, A Professional Corporation
1827 East Fir Avenue, Suite 110
Fresno, California 93720
Telephone: (559) 437-1079
Facsimile: (559) 437-1720
E-mail: brian@whelanlawgroup.com

Attorneys for: Defendant BENJAMIN PAUL MEREDITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN G. NUNES,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN PAUL MEREDITH, TWITTER, INC., and DOES 1 to 100, Inclusive,<br><br>    Defendants. | Case No.<br><br>**NOTICE OF REMOVAL BASED UPON DIVERSITY [28 U.S.C. §1441(b)]** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF:

PLEASE TAKE NOTICE that Defendant BENJAMIN PAUL MEREDITH ("Defendant"), hereby removes this action from the Superior Court of California, County of Tulare, to the United States District Court, Eastern District of California, as further described below:

**JURISDICTION.**

1. On or about October 5, 2020, a complaint was filed in the Superior Court of California, Tulare County, entitled, <u>Devin G. Nunes v. Benjamin Paul Meredith</u>, as Case No. VCU284528 (the "State Court Action"). True and correct copies of the pleadings received to date consisting of the Summons and Complaint, are attached hereto collectively as Exhibit "A."

2. Plaintiff's Complaint asserts four causes of action: (1) Stalking (Cal. Civ.

Whelan Law Group,
A Professional Corporation
1827 East Fir Avenue, Suite 110
Fresno, California 93720
Tel: 559-437-1079
Fax: 559-437-1720

1

NOTICE OF REMOVAL BASED UPON DIVERSITY [28 U.S.C. §1441(b)]

Code §1708.7; (2) Aiding and Abetting; (3) Commercial Misappropriation; and (4) Unfair Competition Law, (Bus. & Prof. Code § 17200 et seq.).

3. In the State Court Action, on November 19, 2020, Defendant filed a Motion to Strike the Compliant pursuant to California Code of Civil Procedure§ 425.16. Thereafter, the State Court continued the December 22, 2020 hearing date to January 22, 2021. No decision, tentative or otherwise, has been made by the State Court on the motion. True and correct copies of the moving papers, opposition papers, and reply and sur-reply papers along with objections are collectively attached hereto as Exhibit "B." On December 29, 2020, Plaintiff made a motion to conduct discovery. True and correct copies of the moving papers, and opposition papers filed by all parties are collectively attached hereto as Exhibit "C." To date, no reply has been received. In the State Court Action, no orders have issued with regards to Defendant's motion or Plaintiff's motion for discovery. A hearing date will be promptly requested of this Court.

4. On January 14, 2021, Plaintiff Devin Nunes dismissed all of the causes of action against Defendant Twitter, Inc.. Thus, there are no other named Defendants in the complaint aside from Defendant Meredith. Accordingly, joinder is not applicable. Attached hereto as Exhibit "D" is a true and correct copy of the dismissal that has been filed and entered in the State Court Action. Because Twitter has been dismissed, its motion to transfer venue from Tulare County to San Francisco County is moot. Attached as Exhibit "E" are the true and correct copies of the papers associated with that motion.

5. No previous requests have been made for the relief requested.

6. This action is removable to the instant Court because diversity jurisdiction exists as confirmed by 28 U.S.C. §1332, and consistent with 28 U.S.C. § 1446 (3) following receipt of the January 14, 2021 dismissal. Supplemental jurisdiction exists with respect to any remaining claims pursuant to 28 U.S.C. §1367.

**DIVERSITY OF CITIZENSHIP**

7. As evidenced by Plaintiff's complaint, Defendant is a citizen of Washington.

///

Whelan Law Group,
A Professional Corporation
1827 East Fir Avenue, Suite 110
Fresno, California 93720
Tel: 559-437-1079
Fax: 559-437-1720

2

NOTICE OF REMOVAL BASED UPON DIVERSITY [28 U.S.C. §1441(b)]

## AMOUNT IN CONTROVERSY

8. Through attorney's fees, compensatory damages, and other damages sought, Plaintiff seeks recovery in an amount believed to be in excess of $75,000.00. Though the amount has not been expressly stated in the complaint, similar complaints filed by Plaintiff Nunes across the country have sought damages in excess of millions of dollars.

9. Accordingly, there is diversity of citizenship and the amount in controversy in this action exceeds the sum of $75,000, exclusive of interest and costs. Diversity jurisdiction exists in this action and is removed to this Court pursuant to 28 U.S.C. §1441(b).

WHEREFORE, Defendant BENJAMIN PAUL MEREDITH, respectfully removes this action from the California Superior Court for the County of Tulare to this Court, pursuant to 28 U.S.C. §1332 and §1441(b).

Dated: January 20, 2021

WHELAN LAW GROUP,
A Professional Corporation

By Brian D. Whelan,
Attorneys for Defendant BENJAMIN PAUL MEREDITH

Whelan Law Group,
A Professional Corporation
1827 East Fir Avenue, Suite 110
Fresno, California 93720
Tel: 559-437-1079
Fax: 559-437-1720

3

NOTICE OF REMOVAL BASED UPON DIVERSITY [28 U.S.C. §1441(b)]

# PROOF OF SERVICE

I am employed in the County of Fresno, State of California. I am over the age of 18 years and not a party to this action. My business address is: Whelan Law Group, A Professional Corporation, 1827 East Fir Avenue, Suite 110, Fresno, California 93720. On January 20, 2021, I caused to be served the within document(s): **NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT**

( )   **VIA FAX:** by causing to be transmitted via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

( )   **BY HAND DELIVERY:** by causing to be personally delivered the document(s) listed above to the person(s) at the address(es) set forth below on this date.

(X)   **BY MAIL:** by placing the envelope, addressed to addresses below, for collection and mailing on the date following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully paid.

( )   **BY PERSONAL SERVICE:** by causing document(s) listed above to be personally served to the person(s) at the address(es) set forth below.

( )   **BY EXPRESS MAIL DELIVERY:** by causing document(s) listed above to be deposited with the United States Express Mail Service for delivery to the person(s) at the address(es) set forth below.

(X)   **BY ELECTRONIC SERVICE:** by causing document(s) listed above to be electronically mailed to the e-mail addresses listed below.

Derek P. Wisehart
Law Offices of Derek P. Wisehart
2330 W. Main Street
Visalia, CA 93291
Tel: (559) 636-9473
Fax: (559) 636-9476
Email: derek@dwisehartlaw.com

Counsel for Plaintiff

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Tel: (804) 501-8272
Fax: (202) 318-4098
Email: stevenbiss@earthlink.net

Counsel for Plaintiff

Thomas G. Sprankling (SBN 294831)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: (650) 858-6000
Fax: (650) 858-6100
Email: thomas.sprankling@wilmerhale.com

Counsel for Defendant Twitter, Inc.   Patrick J. Carome (pro hac vice pending)
Ari Holtzblatt (pro hac vice pending)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
Email: patrick.carome@wilmerhale.com
ari.holtzblatt@wilmerhale.com

Counsel for Defendant Twitter, Inc.

Whelan Law Group,
A Professional Corporation
1827 East Fir Avenue, Suite 110
Fresno, California 93720
Tel: 559-437-1079
Fax: 559-437-1720

2

NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 20, 2021, at Fresno, California.

STACEY VUE

Whelan Law Group,
A Professional Corporation
1827 East Fir Avenue, Suite 110
Fresno, California 93720
Tel: 559-437-1079
Fax: 559-437-1720

3

NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT

| | |
|---|---|
| Derek P. Wisehart<br>Law Offices of Derek P. Wisehart<br>2330 W. Main Street<br>Visalia, CA 93291<br>Tel: (559) 636-9473<br>Fax: (559) 636-9476<br>Email: derek@dwisehartlaw.com<br><br>Counsel for Plaintiff | Steven S. Biss<br>300 West Main Street, Suite 102<br>Charlottesville, Virginia 22903<br>Tel: (804) 501-8272<br>Fax: (202) 318-4098<br>Email: stevenbiss@earthlink.net<br><br>Counsel for Plaintiff |
| Thomas G. Sprankling (SBN 294831)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Tel: (650) 858-6000<br>Fax: (650) 858-6100<br>Email:<br>thomas.sprankling@wilmerhale.com | Counsel for Defendant Twitter, Inc.   Patrick J. Carome (pro hac vice pending)<br>Ari Holtzblatt (pro hac vice pending)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Tel: (202) 663-6000<br>Fax: (202) 663-6363<br>Email: patrick.carome@wilmerhale.com<br>          ari.holtzblatt@wilmerhale.com<br><br>Counsel for Defendant Twitter, Inc. |

A true and correct copy of the Notice to Adverse Party of Removal to Federal Court is attached to this Certificate as Exhibit "A".

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 20, 2021, at Fresno, California.

_____
STACEY VUE

Whelan Law Group,
A Professional Corporation
1827 East Fir Avenue, Suite 110
Fresno, California 93720
Tel: 559-437-1079
Fax: 559-437-1720

2

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT