Brian D. Whelan, Esq. (SBN 256534)
WHELAN LAW GROUP, A Professional Corporation
1827 East Fir Avenue, Suite 110
Fresno, California 93720
Telephone: (559) 437-1079
Facsimile: (559) 437-1720
E-mail: brian@whelanlawgroup.com

Attorneys for: Defendant BEN PAUL MEREDITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN G. NUNES,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN PAUL MEREDITH,<br>TWITTER, INC., and DOES 1 to 100,<br>Inclusive,<br><br>    Defendants. | Case No. 1:21-CV-00078–NONE–BAM<br><br>DEFENDANT BEN PAUL MEREDITH'S NOTICE AND REQUEST TO SET AND HAVE HEARD PENDING MOTIONS INCLUDING THE MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO C.C.P. § 425.16 (ANTI-SLAPP) |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF and his counsel:

Based upon Fed. R. Civ. P. 81 and the two pending and fully-briefed motions filed in the Superior Court of California, Tulare County ("State Court"), Defendant BEN PAUL MEREDITH ("Defendant"), respectfully requests that this Court deny Plaintiff Devin Nunes' motion to conduct discovery and an enter an order striking the complaint pursuant to C.C.P. § 425.16.

Defendant respectfully requests that a hearing on the pending motions take place as soon as may be heard in Courtroom to be determined at the United States District Court Eastern District of California located at 2500 Tulare St, Fresno, CA 93721.

///

1

NOTICE OF REQUEST FOR HEARING

Defendant advises the Court that, on November 19, 2020, prior to the Notice of Removal in this matter, Defendant timely filed a Motion to Strike Plaintiff Devin Nunes' Complaint pursuant to California Code of Civil Procedure § 425.16. Thereafter, Plaintiff brought a motion, that was opposed, to conduct limited discovery. Though the motions were both fully briefed by the Parties, removal to this Court took place before the State Court ruled on either motion.

Thus, Defendant respectfully requests that this Court rule on the pending motions and grant Defendant's motion to strike pursuant to C.C.P. § 425.16.

## I. AUTHORITY FOR THIS COURT TO RULE ON THE PENDING MOTIONS.

This Court has the authority to rule on the pending motions. Fed. R. Civ. P. 81 governs pleading requirements when civil actions have been removed from state court. The rule is that following removal, repleading is unnecessary unless the court orders it. (Fed. R. Civ. P. 81(c)(2).)

Rule 81 expressly states that "[a]fter removal, repleading is unnecessary unless the court orders it." Fed.R.Civ.P. 81(c)(2). This Rule also provides specific guidelines for filing answers or "other defenses" when the defendant did not do so before removal. Id. ("A defendant who did not answer before removal must answer or present other defenses or objections under these rules...."). The obvious implication of this language is that a party need not refile pending state motions in the federal court. See also 77 C.J.S. Removal of Cases § 192 (2015) ("Where a cause [sic] is removed from a state court to a federal district court while a motion theretofore made is pending, such motion is transferred with the record to the federal court, to be determined by that court."). Accordingly, Federal Courts have concluded that they may rule on motions pending in the state court upon removal, without requiring the motions to be refiled. McCray v. Ardelle Assocs. Inc., 2015 WL 3886318, at *3 (E.D. Va. June 23, 2015)

Indeed, the notion of the Federal Court ruling on a motion pending before a state court is longstanding: "The longstanding principle is that '[a]fter removal, the federal court 'takes the case up where the State court left it off.' " Jenkins v. Commonwealth Land Title Ins. Co., 95 F.3d 791, 795 (9th Cir. 1996) (quoting Granny Goose Foods, Inc. v. Bhd. of Teamsters Local 70, 415 U.S. 423, 436 (1974)). (See Arminak v. Arminak & Assocs., LLC, No. LACV1603382JAKSSX, 2016 WL

Whelan Law Group,
A Professional Corporation
1827 East Fir Avenue, Suite 110
Fresno, California 93720
Tel: 559-437-1079
Fax: 559-437-1720

2

NOTICE OF REQUEST FOR HEARING

10788359, at *14 (C.D. Cal. Dec. 7, 2016) "Thus, Box's pending motion filed in the state court is "properly treated, upon removal, as a pending motion ... in federal court." )

Federal Rule of Civil Procedure 81(c) expressly states that "[a]fter removal, repleading is unnecessary unless the court orders it." This Rule also provides specific guidelines for filing answers or "other defenses" when the defendant did not do so before removal. Id. ("A defendant who did not answer before removal must answer or present other defenses or objections under these rules...."). The obvious implication of this language is that a party need not refile pending state motions in the federal court. McCray v. Ardelle Assocs. Inc., No. 4:14cv158, 2015 WL 3886318, at *3 (E.D. Va. June 23, 2015) (quoting Fed. R. Civ. P. 81(c)).

Thus, Defendant respectfully requests that this Court rule on the pending and fully briefed motions enclosed herewith and dismiss Plaintiff's complaint against Defendant.

## II. CONCLUSION.

For the foregoing reasons, and for those reasons set forth in the papers appended hereto, Defendant MEREDITH respectfully requests that this Court strike from Plaintiff's Complaint all of the causes of action against Defendant MEREDITH with prejudice (the First and Third Causes of Action), deny the motion to conduct discovery, and award, by separate noticed hearing, Defendant his attorney's fees and costs incurred in defending against this lawsuit. C.C.P. § 425.16(c).

Dated: February 11, 2021

WHELAN LAW GROUP,
A Professional Corporation

By Brian D. Whelan,
Attorneys for Defendant BENJAMIN PAUL MEREDITH

Whelan Law Group,
A Professional Corporation
1827 East Fir Avenue, Suite 110
Fresno, California 93720
Tel: 559-437-1079
Fax: 559-437-1720

3

NOTICE OF REQUEST FOR HEARING

## PROOF OF SERVICE

I am employed in the County of Fresno, State of California. I am over the age of 18 years and not a party to this action. My business address is: Whelan Law Group, A Professional Corporation, 1827 East Fir Avenue, Suite 110, Fresno, California 93720. On February 12, 2021, I caused to be served the within document(s): DEFENDANT BEN PAUL MEREDITH'S NOTICE AND REQUEST TO SET AND HAVE HEARD PENDING MOTIONS INCLUDING THE MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO C.C.P. § 425.16 (ANTI-SLAPP)

( )   **VIA FAX:** by causing to be transmitted via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

( )   **BY HAND DELIVERY:** by causing to be personally delivered the document(s) listed above to the person(s) at the address(es) set forth below on this date.

(X)   **BY MAIL:** by placing the envelope, addressed to addresses below, for collection and mailing on the date following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully paid.

( )   **BY PERSONAL SERVICE:** by causing document(s) listed above to be personally served to the person(s) at the address(es) set forth below.

( )   **BY EXPRESS MAIL DELIVERY:** by causing document(s) listed above to be deposited with the United States Express Mail Service for delivery to the person(s) at the address(es) set forth below.

(X)   **BY ELECTRONIC SERVICE:** by causing document(s) listed above to be electronically mailed to the e-mail addresses listed below.

| | |
|---|---|
| Derek P. Wisehart<br>Law Offices of Derek P. Wisehart<br>2330 W. Main Street<br>Visalia, CA 93291<br>Tel: (559) 636-9473<br>Fax: (559) 636-9476<br>Email: derek@dwisehartlaw.com | Steven S. Biss<br>300 West Main Street, Suite 102<br>Charlottesville, Virginia 22903<br>Tel: (804) 501-8272<br>Fax: (202) 318-4098<br>Email: stevenbiss@earthlink.net |
| Counsel for Plaintiff | Counsel for Plaintiff |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 12, 2021, at Fresno, California.

STACEY VUE