Derek P. Wisehart, Esq. #178100
Law Offices of Derek P. Wisehart
2330 W. Main Street
Visalia, California 93291
Telephone:    (559) 636-9473
Facsimile:     (559) 636-9476
Email:  derek@dwisehartlaw.com

Steven S. Biss, Esquire
(Virginia State Bar No. 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:  (804) 501-8272
Facsimile:  (202) 318-4098
Email:  stevenbiss@earthlink.net
(*Admitted Pro Hac Vice*)

Attorneys for Plaintiff, DEVIN G. NUNES

Brian D. Whelan, Esq.  (SBN 256534)
WHELAN LAW GROUP, A Professional Corporation
1827 East Fir Avenue, Suite 110
Fresno, California   93720
Telephone: (559) 437-1079
Facsimile:  (559) 437-1720
E-mail: brian@whelanlawgroup.com

Attorney for Defendant, BEN PAUL MEREDITH

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN G. NUNES.<br><br>                    Plaintiff,<br><br>vs.<br><br>BENJAMIN PAUL MEREDITH and JOHN DOES 1-100, Inclusive,<br><br>                    Defendants. | Case No. 1:21-cv-00078-JLT-BAM<br><br>**JOINT STIPULATION OF DISMISSAL** |

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, DEVIN NUNES, and Defendant, BEN PAUL MEREDITH, by and through their respective

**JOINT STIPULATION OF DISMISSAL**

counsel, hereby stipulate and agree that this action, including the complaint, any prospective amended complaint, and all pending motions and matters, shall be dismissed with prejudice, with each party bearing his own costs and attorney's fees.

DATED: July 20, 2022

LAW OFFICE OF DEREK P. WISEHART

*/s/ Derek P. Wisehart*
Derek P. Wisehart, Attorney for Plaintiff

WHELAN LAW GROUP,
A Professional Corporation

*/s/ Brian D. Whelan*
By Brian D. Whelan, Attorneys for Defendant